**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ECHAVARRIA, et al., | No. C 18-05982 WHA |
| | No. C 18-06022 WHA |
| Plaintiffs, | No. C 18-06172 WHA |
| | No. C 18-06246 WHA |
| v. | No. C 18-06263 WHA |
| | No. C 18-06511 WHA |
| FACEBOOK, INC., | No. C 18-06583 WHA |
| Defendant. | and |
| / | |
| | No. C 18-06657 WHA |
| AND RELATED CASES | |
| / | **FURTHER NOTICE RE TUTORIAL** |

In light of the addition of more cases, at the tutorial set for **JANUARY 9, 2019** at **8:00 A.M.**, each side will make one one-hour presentation. Plaintiffs' counsel shall please coordinate on their single presentation.

**IT IS SO ORDERED.**

Dated: November 16, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE