UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LUIS LICEA, | Case No. 19-cv-00117-LB |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| FACEBOOK INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Alsup for consideration of whether the case is related to *Echavarria v. Facebook, Inc.*, No. 3:18-cv-05982-WHA.

**IT IS SO ORDERED.**

Dated: January 17, 2019

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-00117-LB