LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
T: +1.415.391.0600/F: +1.415.395.8095

Andrew B. Clubok (appearance *pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (appearance *pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
T: +1.202.637.2200/F: +1.202.637.2201

Serrin Turner (appearance *pro hac vice*)
  serrin.turner@lw.com
885 Third Avenue
New York, NY  10022-4834
T: +1.212.906.1200/F: +1.212.751.4864

Attorneys for Defendant Facebook, Inc.

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASPER SCHMIDT, an individual and California resident, WILLIAM BASS JR., an individual and California resident, JILL HERR, an individual and New York resident, STEPHEN ADKINS, an individual and Michigan resident, and DENISE BROWN-WELLS, an individual and Florida resident,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | No. C 18-05982 WHA (JSC)<br>*Consolidated Cases*:<br>No. C 18-06022 WHA (JSC)<br>No. C 18-06953 WHA (JSC)<br>No. C 19-00117 WHA<br><br>**STIPULATED PROTOCOL AND [PROPOSED] ORDER REGARDING COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS**<br><br>Hon. William H. Alsup |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PROPOSED] ORDER RE
COMMUNICATIONS WITH PUTATIVE CLASS
MEMBERS
CASE NO. C 18-05982 WHA (JSC)

This Stipulated Protocol and Proposed Order re: Communications with Putative Class Members is entered into pursuant to the Court's October 24, 2018, Notice and Order re Putative Class Actions and Factors to be Evaluated for any Proposed Class Settlement (Dkt. 26). The Parties stipulate as follows:

1. This protocol shall apply to communications by counsel or the Parties to putative class members for the purpose of gathering evidence in order to prosecute and/or defend against Plaintiffs' claims in the underlying litigation. It shall not apply to communications made to Facebook's users (including putative class members) to the extent those communications are part of the normal course of Facebook's business, and not designed or intended to be used for this litigation.

2. Communications with absent putative class members (*i.e.*, putative class members who have not filed complaints in this action) that do not comply with the terms of this Order may not be cited or used as evidence in this litigation.

3. Counsel and the Parties must refrain from making coercive or misleading communications to putative class members. Communications covered by this Order must provide a description of the claims in the underlying litigation, and the role of the communicating party in the litigation, sufficient to explain the context and purpose of the communication. This explanation must advise the putative class member of the following:

   a. The purpose of a communication by Plaintiffs or their counsel is to assist in investigating and/or prosecuting the claims in the litigation;

   b. The purpose of a communication by Defendant Facebook, Inc. ("Defendant" or "Facebook") or their counsel is to assist in investigating and/or defending against the claims in the litigation;

   c. Participation in such communications by the putative class member is completely voluntary;

   d. The putative class member cannot be retaliated against by Plaintiffs or Defendant for refusing to communicate, for answering questions truthfully, or for refusing to answer the questions;

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PROPOSED] ORDER RE
COMMUNICATIONS WITH PUTATIVE CLASS
MEMBERS
CASE NO. C 18-05982 WHA (JSC)

     e.    The putative class member cannot receive monetary compensation or other benefits from any party for agreeing to communicate or give certain answers to a question;

     f.    The information obtained from the putative class member may be used as evidence: (1) by Plaintiffs to certify a proposed class and/or bolster the claims in this lawsuit; or (2) by Defendant to defeat class certification and/or defeat the underlying claims in this lawsuit.

4. Defendant's counsel may communicate with a member of the putative class who has not filed a Complaint in this action for the purposes described in Paragraph 1 without permission from Plaintiffs' counsel, unless Plaintiffs' counsel has already notified Defendant's counsel of their representation of that putative class member. Such notice to Defendant's counsel shall be made in writing and served via email pursuant to the Parties' Stipulation to Electronic Service dated March 7, 2019.

5. No member of the putative class shall be retaliated against in any way for their participation or unwillingness to participate in the communications identified in Paragraph 1.

**IT IS SO STIPULATED.**

DATED: May 24, 2019

**LATHAM & WATKINS LLP**

By: /s/ Melanie M. Blunschi
LATHAM & WATKINS LLP
Elizabeth L. Deeley (Bar No. 230798)
  *elizabeth.deeley@lw.com*
Michael H. Rubin (CA Bar No. 214636)
  *michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Andrew B. Clubok (admitted *pro hac vice*)
  *andrew.clubok@lw.com*
Susan E. Engel (admitted *pro hac vice*)
  *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.3309
Facsimile: +1.202.637.2201

|   |   |
|---|---|
|   | Serrin Turner  (admitted *pro hac vice*) |
|   | *serrin.turner@lw.com* |
|   | 885 Third Avenue |
|   | New York, NY 10022-4834 |
|   | Telephone:  +1.212.906.1200 |
|   | Facsimile:  +1.212.751.4864 |
|   |   |
|   | *Counsel for Defendant Facebook, Inc.* |
| Dated: May 24, 2019 | **MILBERG TADLER PHILLIPS GROSSMAN LLP** |
|   |   |
|   | By: Henry J. Kelston |
|   | Ariana J. Tadler (*Pro Hac Vice*) |
|   | ATadler@milberg.com |
|   | Henry J. Kelston (*Pro Hac Vice*) |
|   | One Penn Plaza |
|   | New York, NY 10119 |
|   | Telephone: 212-594-5300 |
|   | Facsimile: 212-868-1229 |
|   |   |
|   | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
|   | John A. Yanchunis (*Pro Hac Vice*) |
|   | *JYanchunis@ForThePeople.com* |
|   | 201 N. Franklin Street, 7th Floor |
|   | Tampa, Florida 33602 |
|   | Telephone: 813-223-5505 |
|   | Facsimile: 813-223-5402 |
|   |   |
|   | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
|   | Andrew N. Friedman (*Pro Hac Vice*) |
|   | *AFriedman@CohenMilstein.com* |
|   | 1100 New York Avenue NW, Suite 500 |
|   | Washington, DC 20005 |
|   | Telephone: 202-408-4600 |
|   | Facsimile: 202-408-4699 |
|   |   |
|   | *Interim Counsel for Plaintiffs* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: _____     By: _____
                                          Hon. William H. Alsup
                                          United States District Judge

4

4

STIP AND [PROPOSED] ORDER RE
COMMUNICATIONS WITH PUTATIVE CLASS
MEMBERS
CASE NO. C 18-05982 WHA (JSC)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file Stipulated Protocol and [Proposed] Order re Interviews with Putative Class Members regarding signatures. I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: May 24, 2019                              /s/   Melanie M. Blunschi
                                                                 Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP AND [PROPOSED] ORDER RE
COMMUNICATIONS WITH PUTATIVE CLASS
MEMBERS
CASE NO. C 18-05982 WHA (JSC)