John A. Yanchunis (*Pro Hac Vice*)
JYanchunis@ForThePeople.com
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402 (fax)

Ariana J. Tadler (*Pro Hac Vice*)
ATadler@TadlerLaw.com
**TADLER LAW, LLP**
One Penn Plaza
New York, New York
T: 212-946-9453
F: 212-273-4375

*Attorneys for Plaintiffs*

Andrew N. Friedman (*Pro Hac Vice*)
AFriedman@CohenMilstein.com
**COHEN MILSTEIN SELLERS & TOLL,
PLLC**
1100 New York Ave, 5th Floor
Washington, DC 20005
T: 202-408-4600
F: 202-408-4699

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM BASS, JR., an individual and California resident and STEPHEN ADKINS, an individual and Michigan resident, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>         v.<br><br>FACEBOOK, INC.,<br>                         Defendant. | No. C 18-05982 WHA<br>    *Consolidated Cases*:<br>No. C 18-06022 WHA<br>No. C 19-00117 WHA<br><br>**Plaintiffs' Supplemental Notice in Support of their Opposition to Defendant's Motion to Dismiss and Supplemental Briefings** |

Plaintiffs' Supplemental Notice in Support of their
Opposition to Defendant's Motion to Dismiss and
Supplemental Briefings Case No. C 18-05982 WHA

Plaintiffs WILLIAM BASS, JR, and STEPHEN ADKINS ("Plaintiffs") submit as supplemental authority in support of their Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint, (Doc. Nos. 96, 108), and the supplemental briefings, (Doc. Nos. 122, 135), the attached June 21, 2019 decision from the United States Court of Appeals for the District of Columbia Circuit from *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, No. 17-5217, — F.3d. —, 2019 WL 2552955 (D.C. Cir. June 21, 2019) (the "OPM Decision"). The OPM Decision reversed in part and affirmed in part the district court's dismissal of data breach complaints for lack of Article III standing. The decision bears significance here for the Court's recognition that the risk of future identity theft, as well as the time spent and mitigation expenses incurred responding thereto can support Article III standing in a data breach case. OPM Decision, 2019 WL 2552955, at *8, 14.

Dated: June 21, 2019

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:    */s/ Andrew N. Friedman*
Andrew N. Friedman (Pro Hac Vice)
*AFriedman@CohenMilstein.com*
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

By:    */s/ John A. Yanchunis*
John A. Yanchunis (Pro Hac Vice)
*JYanchunis@ForThePeople.com*
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-223-5402

**TADLER LAW, LLP**

By:    */s/ Ariana J. Tadler*
Ariana J. Tadler
ATadler@tadlerlaw.com
One Penn Plaza
New York, NY 10119
Telephone: 212-946-9453
Facsimile: 212-273-4375

*Attorneys for Plaintiffs*

1

Plaintiffs' Supplemental Notice in Support of their
Opposition to Defendant's Motion to Dismiss and
Supplemental Briefings Case No. C 18-05982 WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file Plaintiffs' Supplemental Notice in Support of their Opposition to Defendant's Motion to Dismiss and Supplemental Briefings. I, John A. Yanchunis, attest that service has been effectuated via ECF.

DATED:  June 21, 2019                                    */s/ John A. Yanchunis*

Plaintiffs' Supplemental Notice in Support of their
Opposition to Defendant's Motion to Dismiss and
Supplemental Briefings Case No. C 18-05982 WHA