IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. C 18-05982 WHA<br><br>*Consolidated with*:<br><br>No. C 19-00117 WHA<br><br>**ORDER RE FACEBOOK's MOTION AND STIPULATION FOR EXTENSION** |

The Court has received Facebook's motion to extend the schedule on the motion for leave to amend the complaint and the motion for class certification (Dkt. No. 163). The parties later stipulated to the same effect (Dkt. No. 166). Facebook's motion and the parties' stipulation is **GRANTED IN PART AND DENIED IN PART**.

*First*, as to the motion for leave to amend, good cause has not been shown to justify extending the briefing schedule. The schedule therefore remains the same. That is, Facebook's opposition brief remains due August 1, 2019, plaintiff's reply brief remains due August 8, 2019, and the motion remains scheduled for a hearing on August 22, 2019 at 8:00 A.M. The Court is confident that even if lead counsel for Facebook cannot be at the hearing, another attorney from the law firm of Latham & Watkins will be able to adequately argue Facebook's points.

*Second*, as to the motion for class certification, in the interest of efficiency, the deadline will be **CONTINUED** to **AUGUST 29, 2019** at **NOON**. The opposition brief will then be due **SEPTEMBER 26, 2019** at **NOON** and the reply brief will be due on **OCTOBER 10, 2019** at **NOON**.

The hearing on the motion for class certification will be heard on **OCTOBER 31, 2019** at **8:00 A.M.**

   **IT IS SO ORDERED.**

Dated: July 23, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2