**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. C 18-05982 WHA (JSC)<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION TO MODIFY CERTIFIED CLASS AND CLASS NOTICE** |

THIS CAUSE came before the Court on the Parties Joint Motion to Modify Certified Class and Class Notice (the "Motion"). (Doc. No. 270). The Court, having considered the meetings and conferences between the Parties, the representations and legal arguments contained in the Motion, and good cause shown therein, hereby **GRANTS** the relief requested herein.

The class this Court previously certified pursuant to Rule 23(b)(2), FRCP, is hereby **MODIFIED** to the following:

> All current Facebook users residing in the United States whose personal information was compromised in the data breach announced by Facebook on September 28, 2018.

Further, the class notice program is hereby **MODIFIED** to include the following possible methods for class notification in this matter:

1. electronic mail campaigns (using the email addresses that Facebook has for substantially most of the Certified Class members);
2. reverse phone look-ups which allow identification of electronic mail addresses for the relatively small number of users who did not input into Facebook their electronic mail address;
3. a dedicated website;

4. social media campaigns, including some that target specific users that Facebook has already identified as members of the Certified Class;

5. internet banner advertisements; and

6. traditional media campaigns to achieve broad and effective notice.

On or before __January 16__ at _Noon_, the Parties shall jointly submit a proposal for class notification with a plan to distribute notice in accordance herewith.

**IT IS SO ORDERED**

DATED: January 6, 2020.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE