LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: +1.415.391.0600/F: +1.415.395.8095

Andrew B. Clubok (appearance *pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (appearance *pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
T: +1.202.637.2200/F: +1.202.637.2201

Serrin Turner (appearance *pro hac vice*)
  serrin.turner@lw.com
885 Third Avenue
New York, NY 10022-4834
T: +1.212.906.1200/F: +1.212.751.4864

Attorneys for Defendant Facebook, Inc.

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | No. C 18-05982 WHA (JSC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING DEPOSITIONS TO BE TAKEN AFTER NON-EXPERT DISCOVERY CUTOFF**<br><br>Hon. William Alsup |

Pursuant to Civil Local Rule 6, the Parties jointly enter into this stipulated request for an order allowing the depositions of Pedro Canahuati and John Lyle to be taken after the non-expert discovery cutoff date. The Parties stipulate as follows:

1. WHEREAS, pursuant to the Case Management Order (Dkt. No. 67), the non-expert discovery cutoff date is January 9, 2020;

2. WHEREAS, the Parties have cooperated closely on the scheduling of depositions; more than 20 depositions have been taken over the past nine months, during which Plaintiff's counsel deposed ten current and former Facebook employees, including the former Chief Security Officer, one Vice President, a number of security and software engineers, and three witnesses designated pursuant to Rule 30(b)(6);

3. WHEREAS, on November 26, 2019, Plaintiff requested five more depositions, three of which have already been taken or are scheduled before the non-expert discovery cutoff;

4. WHEREAS, among the remaining depositions that Plaintiff requested on November 26, 2019, is that of: (1) Pedro Canahuati, Facebook Vice President of Engineering; and (2) John Lyle, Facebook Engineering Manager, Account Integrity, which Facebook subsequently designated on December 6, 2019, under Rule 26(a)(1)(A)(i) as a person with discoverable information that Facebook may use to support its claims or defenses at trial;

5. WHEREAS, Mr. Canahuati is located in California and was initially scheduled for deposition on January 7, 2019, in Menlo Park, California, but due to unforeseen circumstances related to recovery from a medical issue, he could not appear for the January 7 deposition, but the parties reasonably anticipate he will present for deposition by the end of February;

6. WHEREAS, Mr. Lyle is located in London, and due to conflicts in the schedules of this witness and counsel—including the holiday season and complicated by the necessity of international travel—it is not possible to complete this deposition before January 9, 2020;

7. WHEREAS, notwithstanding the January 9, 2020, non-expert discovery cutoff, the Parties stipulate and agree that Plaintiff may take the deposition of Pedro Canahuati in February and John Lyle on January 31, 2020; and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   STIP AND PO RE DEPOSITONS TO BE TAKEN
    AFTER DISCOVERY CUT-OFF
    NO. C 18-05982 WHA (JSC

8. WHEREAS, conducting these depositions later in will not affect any other deadlines in this case.

Accordingly, subject to Court approval, **IT IS HEREBY STIPULATED AND AGREED** between the Parties that Plaintiff may take the deposition of John Lyle in January and Pedro Canahuati in February after the non-expert discovery cutoff date is January 9, 2020.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 9, 2020                LATHAM & WATKINS LLP

By:     */s/* Melanie M. Blunschi
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Andrew B. Clubok (admitted *pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (admitted *pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Serrin A. Turner (admitted *pro hac vice*)
  serrin.turner@lw.com
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant Facebook, Inc.*

| | | |
|---|---|---|
| 1 | Dated: January 9, 2020 | MORGAN & MORGAN |
| 2 | | COMPLEX LITIGATION GROUP |
| 3 | | By: /s/ John A. Yanchunis |
| 4 | | John A. Yanchunis (Pro Hac Vice) |
| | | *jyanchunis@ForThePeople.com* |
| 5 | | 201 N. Franklin Street, 7th Floor |
| | | Tampa, Florida 33602 |
| 6 | | Telephone: +1.813.223.5505 |
| 7 | | Facsimile: +1.813.223.5402 |
| 8 | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | | Andrew N. Friedman (Pro Hac Vice) |
| 9 | | *AFriedman@CohenMilstein.com* |
| 10 | | 1100 New York Avenue NW, Suite 500 |
| | | Washington, DC 20005 |
| 11 | | Telephone: +1.202.408.4600 |
| | | Facsimile: +1.202.408.4699 |
| 12 | | |
| 13 | | TADLER LAW, LLP |
| | | Ariana J. Tadler (Pro Hac Vice) |
| 14 | | *atadler@tadlerlaw.com* |
| | | One Penn Plaza |
| 15 | | New York, NY 10119 |
| | | Telephone: +1.212.946.9453 |
| 16 | | Facsimile: +1.212.273.4375 |
| 17 | | *Appointed Class Counsel* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   STIP AND PO RE DEPOSITONS TO BE TAKEN
AFTER DISCOVERY CUT-OFF
NO. C 18-05982 WHA (JSC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiff may take the deposition of John Lyle in January and Pedro Canahuati in February after the non-expert discovery cutoff date is January 9, 2020.

This continuance is only for depositions, not for document discovery or interrogatories or request to admit.  For the latter items, the original deadline stands.  No more continuances, including of the dispositive-motion deadline, will be allowed. Please do not delay.

DATED: January 10, 2020.

Hon. William Alsup
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4   STIP AND PO RE DEPOSITONS TO BE TAKEN
AFTER DISCOVERY CUT-OFF
NO. C 18-05982 WHA (JSC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulated Request and [Proposed] Order Regarding Deposition to be Taken After Non-Expert Discovery Cutoff.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED:  January 9, 2020

/s/Melanie M. Blunschi
Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5   STIP AND PO RE DEPOSITONS TO BE TAKEN
AFTER DISCOVERY CUT-OFF
NO. C 18-05982 WHA (JSC