# Exhibit A-1
# Filed Under Seal