UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

FACEBOOK, INC.,

    Defendant.

No. C 18-05982 WHA

**ORDER ON STIPULATION TO STAY FURTHER PROCEEDINGS PENDING SETLEMENT APPROVAL AND SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

The Court is in receipt of plaintiff's motion for preliminary approval and to direct notice of settlement, as well as the parties' stipulation to stay further proceedings pending settlement approval (Dkt. Nos. 281, 282).

Plaintiff scheduled the hearing on his motion for March 19. Plaintiff's motion will be heard on **FEBRUARY 20** at **8:00 A.M.** All remaining non-settlement related proceedings, as described in the parties' stipulation, are **STAYED** pending further order.

**IT IS SO ORDERED.**

Dated: February 10, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE