LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: +1.415.391.0600/F: +1.415.395.8095

Andrew B. Clubok (appearance *pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (appearance *pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
T: +1.202.637.2200/F: +1.202.637.2201

Serrin Turner (appearance *pro hac vice*)
  serrin.turner@lw.com
885 Third Avenue
New York, NY 10022-4834
T: +1.212.906.1200/F: +1.212.751.4864

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. C 18-05982 WHA (JSC)<br><br>**[PROPOSED]** ORDER GRANTING FACEBOOK, INC.'S UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hon. William Alsup |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PO GRANTING FACEBOOK'S MOT. TO CONT.
HEARING ON CLASS ACTION SETTLEMENT
NO. C 18-05982 WHA (JSC)

**[PROPOSED] ORDER**

Before the Court is Defendant Facebook, Inc.'s Unopposed Motion to Continue Hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement. The Court has considered the submissions and now **GRANTS** the Motion.

The Hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement will be continued to March 5, 2020 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: February 12, 2020

Hon. William Alsup
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PO GRANTING FACEBOOK'S MOT. TO CONT.
HEARING ON CLASS ACTION SETTLEMENT
NO. C 18-05982 WHA (JSC)