UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

FACEBOOK, INC.,

    Defendant.

No. C 18-05982 WHA

**SUPPLEMENTAL ORDER RE MOTION FOR PRELIMINARY APPROVAL**

At today's hearing, the parties represented that the Court would receive the annual security assessment results. Plaintiff's motion also represents as much (Dkt. No. 281 at 18):

> Here, the Settlement merits approval because Facebook has agreed to . . . regular assessments of compliance by an independent third party for 5 years, *inter alia*, all subject to confirmation ***by this Court*** and Class Counsel. Exh. A at § 2.3.

The motion cites to Section 2.3 of the proposed settlement agreement, which provides in full:

> Following the Effective Date, Facebook's compliance with the agreed-upon security commitments set forth in Exhibit 1 shall be assessed annually by an unbiased, independent, third-party vendor selected by Facebook, subject to agreement by Lead Settlement Counsel, which will not be unreasonably withheld. Facebook shall provide Lead Settlement Counsel with the results of the annual third-party assessments on a confidential basis within 30 days of completion of each assessment. Lead Settlement Counsel may share the results of the annual third-party assessment, on a confidential basis, with a third-party Expert of their choosing (subject to approval by Facebook, which will not be unreasonably withheld), at their own expense, to verify Facebook's compliance with the terms in this Section 2.3.

1   This is important. As drafted, only the parties and their "independent" vendors or experts
2   receive the assessment results. All must keep the results confidential. How does the Court
3   receive the results?
4       Counsel shall please clarify this point, along with the other issues discussed at today's
5   hearing, including a revised objection procedure, Facebook's sworn record regarding its
6   security commitments, and providing the class twenty-eight days to object to plaintiff's fee
7   motion.
8       The parties shall file these documents by **MARCH 26** at **NOON**. A hearing is tentatively
9   scheduled for **APRIL 2** at **8:00 A.M.**, should it be necessary.

**IT IS SO ORDERED.**

Dated: March 5, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE