# Exhibit A



## Holiday Inn

| Invoice No. | | | | 01-10-19 |
|---|---|---|---|---|
| **Andrew Clubok** | Cashier ID | : **JECAL** | | |
| **REDACTED** | Folio No. | : **552291** | Room No. : | **0505** |
| | A/R Number | : | Arrival : | **01-08-19** |
| | Group Code | : | Departure : | **01-09-19** |
| | Company | : | Conf. No. : | **43300613** |
| | Membership No. : | **REDACTED** | Rate Code : | **IGCOR** |
| | Reference No | : | Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-08-19 | 50onEight Restaurant  Dinner   Line# 0505 : CHECK# 0011925 | 19.78 | |
| 01-08-19 | *Accommodation | 524.00 | |
| 01-08-19 | Occupancy Tax | 73.36 | |
| 01-08-19 | CA Tourism Assessment | 1.05 | |
| 01-08-19 | SF DTID Assessment | 5.24 | |
| 01-08-19 | Moscone Expansion District As | 6.55 | |
| 01-09-19 | American Express     REDACTED | | 629.98 |
| | **Total** | **629.98** | **629.98** |
| | **Balance** | **0.00** | |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn San Francisco Civic Center
50 Eighth Street
San Francisco, CA 94103
Tel:(415)626-6103 Fax:(415)552-0184