UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ADKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | No. C 18–05982 WHA<br><br>**REQUEST FOR INFORMATION ON SETTLEMENT TERMS AND DAMAGES CLAIMS** |

Both parties shall separately submit by next **THURSDAY AT NOON** information that will allow the Court to gauge the effectiveness of the settlement reforms.

Please provide information on how many and what kind of data breaches have occurred since the settlement reforms were put into place. Also explain the extent to which Facebook gathers information on attempted data breaches and how many attempts have been thwarted by the settlement reforms.

Also, specify how many class members have made independent claims for damages, sued, or settled with Facebook for harm arising from the data breach at issue in this matter.

**IT IS SO ORDERED.**

Dated: April 15, 2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE