United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ADKINS,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

No. C 18–05982 WHA

**REQUEST FOR FURTHER BRIEFING**

In the filing due on **MONDAY AT NOON**, please also answer the following:

1. Explain how the monitor will be paid for his or her time under the settlement and whether it is anticipated that the entirety of his or her compensation over five years will be $15,000.

2. Please point to what in our record shows the extent to which Facebook had already implemented or committed to implement, even before the settlement agreement, the security updates called for by the settlement agreement.

3. The "Time and Expense Reporting Protocol for Plaintiffs' Firms" states (Dkt. 71, Exh. 6) (emphasis in original):

> [B]efore you expend any time in this litigation for which you may seek compensation, you must obtain ***written approval in advance from Co-Lead Counsel***.  Moreover, the written approval must clearly authorize all of the time for which you seek to be compensated.  If you have any doubts about whether your time has been so authorized, please reach out to us for clarification.

Class counsel shall state under oath the extent to which "written approval in advance from class counsel" was obtained prior to any work for which reimbursement is now sought (other than for John Yanchunis of Morgan & Morgan Complex Litigation Group, Ariana Tadler of Tadler Law LLP, and Andrew Friedman of Cohen Milstein Sellers & Toll PLLC).  Attach all such written approvals given in advance.

The total length of the submissions is increased to ten pages, plus the declaration can be as long as needed.

**IT IS SO ORDERED.**

Dated:  April 29, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE