| | |
|---|---|
| MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>John A. Yanchunis (Pro Hac Vice)<br>*jyanchunis@ForThePeople.com*<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: +1.813.223.5505<br>Facsimile: +1.813.223.5402<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>Andrew N. Friedman (Pro Hac Vice)<br>*AFriedman@CohenMilstein.com*<br>1100 New York Avenue NW, Suite 500<br>Washington, DC 20005<br>Telephone: +1.202.408.4600<br>Facsimile: +1.202.408.4699<br><br>TADLER LAW, LLP<br>Ariana J. Tadler (Pro Hac Vice)<br>*atadler@tadlerlaw.com*<br>One Penn Plaza<br>New York, NY 10119<br>Telephone: +1.212.946.9453<br><br>*Appointed Class Counsel* | LATHAM & WATKINS LLP<br>Elizabeth L. Deeley (CA Bar No. 230798)<br>  *elizabeth.deeley@lw.com*<br>Michael H. Rubin (CA Bar No. 214636)<br>  *michael.rubin@lw.com*<br>Melanie M. Blunschi (CA Bar No. 234264)<br>  *melanie.blunschi@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>T: +1.415.391.0600/F: +1.415.395.8095<br><br>Andrew B. Clubok (appearance *pro hac vice*)<br>  *andrew.clubok@lw.com*<br>Susan E. Engel (appearance *pro hac vice*)<br>  *susan.engel@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>T:  +1.202.637.2200/F:  +1.202.637.2201<br><br>Serrin Turner (appearance *pro hac vice*)<br>  *serrin.turner@lw.com*<br>885 Third Avenue<br>New York, NY  10022-4834<br>T: +1.212.906.1200/F: +1.212.751.4864<br><br>*Attorneys for Defendant Facebook, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>     Defendant. | No. C 18-05982 WHA (JSC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER VACATING JUNE 24, 2021 HEARING**<br><br>Hon. William Alsup |

Pursuant to Civil Local Rules 7-1 and 7-12, the Parties jointly advise the Court that Plaintiff wishes to withdraw his Motion for Clarification (Dkt. 352) and vacate the June 24, 2021, hearing on that motion as a result of the Parties' reaching an agreement in principle regarding Plaintiff's Motion for Attorneys' Fees, Litigation Costs, and Service Award (Dkt. 317). The Parties stipulate as follows:

1. WHEREAS, on January 8, 2020, following hard-fought litigation in this matter and under the supervision of Chief Magistrate Judge Joseph Spero, the parties reached a settlement in principle. Dkt. 281.

2. WHEREAS, on February 7, 2020, Plaintiff Stephen Adkins ("Plaintiff") moved for Preliminary Approval and to Direct Notice of Settlement. Dkt. 281.

3. WHEREAS, on November 15, 2020, the Court issued its Order Granting Preliminary Settlement Approval. Dkt. 314.

4. WHEREAS, on February 3, 2021, following implementation of the Notice Plan directed by this Court in its Order Granting Preliminary Settlement Approval, Plaintiff filed his Motion and Memorandum of Points and Authorities in Support of his Motion for Attorneys' Fees, Litigation Costs, and Service Award seeking, *inter alia*, $10,700,000.00 in attorneys' fees and approximately $1,200,000 in litigation expenses. Dkt. 317.

5. WHEREAS, on March 8, 2021, Facebook, Inc. ("Facebook") filed its Opposition to Plaintiff's Motion for Attorneys' Fees, Litigation Costs, and Service Award (Dkt. 323), and the Parties engaged in extensive further briefing, including Plaintiff's Reply (Dkt. 329), Facebook's Sur-Reply (Dkt. 336), and multiple supplemental submissions in response to inquiries from the Court (Dkt. 337, 338, 344, 345, 346).

6. WHEREAS, on May 6, 2021, the Court entered its Final Settlement Approval and Order Granting in Part and Denying in Part Motion for Attorney's Fees, which appointed a special master to address Plaintiff's requested fee and litigation costs request. Dkt. 350.

7. WHEREAS, on May 14, 2021, Plaintiff filed his Motion for Clarification of the Court's May 6, 2021 Order. Dkt. 351.

8. WHEREAS, on May 17, 2021, the Court set Plaintiff's Motion for Clarification for hearing on June 24, 2021. Dkt. 352.

9. WHEREAS, on May 28, 2021, Facebook filed its Response in Opposition to Plaintiff's Motion for Clarification. Dkt. 352.

10. WHEREAS, on June 4, 2021, Plaintiff filed his Reply. Dkt. 356.

11. WHEREAS, since the Court's May 6, 2021 Order, the Parties have met and conferred extensively, and appeared before the special master to resolve the contested fee and litigation cost request.

12. WHEREAS, the Parties have reached an agreement in principle to resolve the contested fee and litigation cost request. Facebook does not object to an award of $6,500,000.00—a material reduction from the total attorneys' fees and litigation costs Plaintiff initially sought.

13. WHEREAS, in light of the Parties' agreement, Plaintiff wishes to withdraw his Motion for Clarification, rendering the hearing set for June 24, 2021, unnecessary. Facebook does not object.

Accordingly, subject to Court approval, **IT IS HEREBY STIPULATED AND AGREED** between the Parties that the June 24, 2021, Hearing on Plaintiffs' Motion for Clarification be vacated.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 23, 2021

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By: /s/ John A. Yanchunis

John A. Yanchunis (Pro Hac Vice)
*jyanchunis@ForThePeople.com*
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: +1.813.223.5505
Facsimile: +1.813.223.5402

|   |   |
|---|---|
| | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | Andrew N. Friedman (Pro Hac Vice) |
| | *AFriedman@CohenMilstein.com* |
| | 1100 New York Avenue NW, Suite 500 |
| | Washington, DC 20005 |
| | Telephone: +1.202.408.4600 |
| | Facsimile: +1.202.408.4699 |
| | |
| | TADLER LAW, LLP |
| | Ariana J. Tadler (Pro Hac Vice) |
| | *atadler@tadlerlaw.com* |
| | One Penn Plaza |
| | New York, NY 10119 |
| | Telephone: +1.212.946.9453 |
| | *Appointed Class Counsel* |
| DATED: June 23, 2021 | LATHAM & WATKINS LLP |
| | |
| | By:   /s/ TK Draft |
| | Elizabeth L. Deeley (CA Bar No. 230798) |
| | *elizabeth.deeley@lw.com* |
| | Michael H. Rubin (CA Bar No. 214636) |
| | *michael.rubin@lw.com* |
| | Melanie M. Blunschi (CA Bar No. 234264) |
| | *melanie.blunschi@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| | Telephone:  +1.415.391.0600 |
| | Facsimile:  +1.415.395.8095 |
| | |
| | Andrew B. Clubok (admitted *pro hac vice*) |
| | *andrew.clubok@lw.com* |
| | Susan E. Engel (admitted *pro hac vice*) |
| | *susan.engel@lw.com* |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, DC 20004-1304 |
| | Telephone: +1.202.637.2200 |
| | Facsimile: +1.202.637.2201 |
| | |
| | Serrin A. Turner (admitted *pro hac vice*) |
| | *serrin.turner@lw.com* |
| | 885 Third Avenue |
| | New York, NY 10022-4834 |
| | Telephone: +1.212.906.1200 |
| | Facsimile: +1.212.751.4864 |
| | |
| | *Attorneys for Defendant Facebook, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. C 18-05982 WHA (JSC)<br><br>**[PROPOSED] ORDER VACATING THE JUNE 24, 2021 HEARING**<br><br>Hon. William Alsup |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The June 24, 2021 Hearing on Plaintiff's Motion for Clarification is hereby vacated while the Parties finalize the settlement of the fee and litigation cost dispute.

DATED: _____      _____
　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulated Request and [Proposed] Order Vacating the June 24, 2021 Hearing. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, John A. Yanchunis, attest that concurrence in the filing of this document has been obtained.

DATED:  June 23, 2021        /s/ *John A. Yanchunis*
                             John A. Yanchunis