UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ADKINS, an individual and Michigan resident, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. C 18-05982 WHA (JSC)<br><br>[PROPOSED] ORDER REGARDING SETTLEMENT OF ATTORNEYS' FEES AND LITIGATION COSTS<br><br>Hon. William Alsup |

On May 6, 2021, the Court entered its Final Settlement Approval and Order Granting in Part and Denying in Party Motion for Attorneys' Fees (Dkt. 350). On May 14, 2021, Plaintiff filed a Motion for Clarification of that Order (Dkt. 351) for which the Court set June 24, 2021, as the hearing date. On June 23, 2021, Plaintiff Stephen Adkins ("Adkins") and Facebook, Inc. ("Facebook") (together, the "Parties") filed a Stipulated Request and [Proposed] Order Vacating June 24, 2021 Hearing (the "Stipulation") (Dkt. 360). The Stipulation informed the Court that the Parties had reached an agreement in principle over Plaintiff's contested Motion for Attorneys' Fees, Litigation Costs, and Service Award. The agreement reduced Plaintiff's request for approximately $11,900,000 in attorneys' fees and litigation costs (Dkt. 317), to an agreed award of $6,500,000.00 for attorneys' fees and litigation costs (Dkt. 360). The Court proceeded with the scheduled hearing on June 24, 2021, and made two inquiries:

*First*, whether the dispute is final and to ensure no attorney will seek compensation for work performed in this litigation outside of the $6,500,000.00 settlement. Appointed Class

Counsel (*i.e.*, the three attorneys formally appointed by the Court in its class certification order (Dkt. 260 at 16)) advised the Court that they are optimistic that no such dispute will arise; and advised the Court that if a dispute were to arise, Appointed Class Counsel would resolve it without further involvement of the Court.  In the June 24 hearing, Class Counsel John Yachunis of Morgan & Morgan represented that any dispute about fees or costs owed to other firms would be resolved by taking the funds out of his personal allocation (Dkt. 367, Tr. at 6). Should disputes as to amounts owed arise, Class Counsel Yachunis must stand by this assurance.

*Second*, how and when the Special Master will be compensated for her work and efforts in attending to her responsibilities pursuant to the Court's Order (Dkt. 350-1) appointing her to review Class Counsel's lodestar and reported litigation costs.  The Parties agreed to compensate the Special Master for all work performed and to do so from the $6,500,000.00 settlement of attorneys' fees and litigation costs.

Having considered the papers and representations to the Court, and being apprised of the Parties' agreements, **IT IS HEREBY ORDERED**:

1. Pursuant to the Parties' Amended Settlement Agreement and Release and agreement regarding attorneys' fees and litigation costs, within thirty (30) business days of the later of (a) the entry of this Order or (b) Class Counsel's provision to Facebook of all reasonably necessary documentation for Facebook to process payment, Facebook shall remit $6,500,000.00 to Appointed Class Counsel as complete payment for all attorneys' fees and litigation costs.  The Court specifically permits Appointed Class Counsel to compensate those attorneys and law firms who were not formally appointed as Class Counsel in this case pursuant to the Court's Order governing class certification (Dkt. 260) and who submitted time and costs for reimbursement in conjunction with Class Counsel (Dkts. 318-2–318-18).  Appointed Class Counsel shall be responsible for distributing the $6,500,000.00 settlement for attorneys' fees and litigation costs

among attorneys and law firms that submitted time and costs for reimbursement in this litigation in accordance with the Parties' agreement regarding attorneys' fees and litigation costs.

2.  On or before July 30, 2021, the Parties shall compensate the Special Master for her time and effort in attending to and resolving this dispute. Such compensation shall be paid from the $6,500,000.00 settlement for attorneys' fees and litigation costs.

3.  All matters having been resolved, the Clerk of Court shall close the case.

**IT IS SO ORDERED.**

_____
Hon. William Alsup
United States District Judge

DATED:    July 13, 2021